# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

LA'JASMAN WILSON,

    Plaintiff,

v.                          CASE NO. 4:22cv75-RH-MAF

STATE OF FLORIDA,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. The report and recommendation correctly concludes that the complaint fails to state a claim against the defendant State of Florida on which relief can be granted and that any attempt to amend would be futile.

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "This case is dismissed with prejudice." The clerk must close the file.

SO ORDERED on April 20, 2022.

                                      s/Robert L. Hinkle
                                      United States District Judge